Benjamin M. Lopatin, Esq. (SBN: 281730)
*BLopatin@ELPLawyers.com*
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
2201 Market Street, Suite H
San Francisco, California 94114
Telephone:   (415) 324-8620
Facsimile:    (415) 520-2262

*Counsel for Plaintiff Yuri Osborne
and the Proposed Class*

Kenneth K. Lee, Esq. (SBN: 264296)
klee@jenner.com
**JENNER & BLOCK, LLP**
633 West 5th St., Suite 3600
Los Angeles, CA 90071-2054
Tel. (213) 239-5152
Fax: (213) 239-5162

*Counsel for Defendant, Kraft Foods Group, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| YURI OSBORNE, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>KRAFT FOODS GROUP, INC., a Virginia corporation,<br><br>               Defendant. | Case No.: 3:15-cv-2653-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**CLASS ACTION**<br><br>Hearing Date: September 24, 2015<br>Hearing Time: 10:00 am<br>Courtroom: 4<br>Judge: Hon. Judge Vincent Chhabria |

WHEREAS, pursuant to Civil L.R. 6-2, Plaintiff, Yuri Osborne ("Plaintiff"), individually and on behalf of all others similarly situated, with Defendant, Kraft Foods Group, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows, subject to a Court Order approving the Stipulation;

WHEREAS, on August 12, 2015 Defendant filed a Motion to Dismiss Plaintiff's Complaint (Doc. No. 15) ("Motion"), which is currently pending and set for hearing on September 24, 2015, before this Honorable Court;

WHEREAS, Plaintiff's deadline to file its Response to Defendant's Motion ("Response") is currently set for August 26, 2015;

WHEREAS, Defendant's deadline to file its Reply in support of its Motion ("Reply") is currently set for September 2, 2015;

WHEREAS, the Parties have agreed to a 3-week extension for Plaintiff to file its Response and for Defendant to file its Reply, and further agree to a 3-week continuance of the hearing currently set for Defendant's Motion;

WHEREAS, the Parties have agreed to extend Plaintiff's deadline to file its Response to September 16, 2015;

WHEREAS, the Parties have agreed to extend Defendant's deadline to file its Reply to September 23, 2015;

WHEREAS, the Parties have agreed to continue the hearing on Defendant's Motion to October 15, 2015;

WHEREAS, good cause exists for the extensions because Plaintiff and Defendant require additional time to properly respond and reply, respectively, regarding Defendant's Motion, and the Plaintiff and Defendant have agreed to the stipulated extensions;

THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-2, that:

(1) Plaintiff has until September 16, 2015, to file a Response to Defendant's Motion;

(2) Defendant has until September 23, 2015, to file its Reply to Defendant's Motion;

(3) The hearing on Defendant's Motion should be continued to October 15, 2015;

**IT IS SO STIPULATED AND AGREED.**

                                      **Respectfully submitted,**

Dated: August 20, 2015      By: */s/ Benjamin M. Lopatin*
                                            Benjamin M. Lopatin, Esq.
                                            Cal. Bar No.: 281730
                                            **EGGNATZ, LOPATIN & PASCUCCI, LLP**
                                            2201 Market Street, Suite H
                                            San Francisco, California 94114
                                            Telephone: (415) 324-8620
                                            Facsimile:  (415) 520-2262
                                            Email: *BLopatin@ELPLawyers.com*

                                            *Counsel for Plaintiff Yuri Osborne*
                                            *and the Proposed Class*

                                            -and-

Dated: August 20, 2015      By: */s/ Kenneth K. Lee*
                                            Kenneth K. Lee, Esq. (SBN: 264296)
                                            klee@jenner.com
                                            **JENNER & BLOCK, LLP**
                                            633 West 5th St., Suite 3600
                                            Los Angeles, CA 90071-2054
                                            Tel. (213) 239-5152
                                            Fax: (213) 239-5162

                                            *Counsel for Defendant, Kraft Foods Group, Inc.*

**ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) in this e-filed document.

                                            */s/ Benjamin M. Lopatin*
                                            Benjamin M. Lopatin

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 20, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send copies to all counsel of record.

                                            */s/ Benjamin M. Lopatin*
                                            Benjamin M. Lopatin

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is so ordered.

Dated: August 21, 2015

_____
The Honorable Vincent Chhabria
United States District Court Judge