Kenneth K. Lee, Esq. (SBN: 264296)
klee@jenner.com
Dean N. Panos (admitted *pro hac vice*)
dpanos@jenner.com
**JENNER & BLOCK, LLP**
633 West 5th St., Suite 3600
Los Angeles, CA 90071-2054
Tel. (213) 239-5152
Fax: (213) 239-5162

*Counsel for Defendant Kraft Foods Group, Inc.*

Benjamin M. Lopatin, Esq. (SBN: 281730)
*BLopatin@ELPLawyers.com*
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
2201 Market Street, Suite H
San Francisco, California 94114
Telephone:   (415) 324-8620
Facsimile:   (415) 520-2262

*Counsel for Plaintiff Yuri Osborne
and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| YURI OSBORNE, on behalf of himself and all others similarly situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>KRAFT FOODS GROUP, INC., a Virginia corporation,<br><br>                     Defendant. | Case No.: 3:15-cv-2653-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**CLASS ACTION**<br><br>CMC date: September 22, 2015<br>Hearing Time: 10:00 am<br>Courtroom: 4<br>Judge: Hon. Judge Vincent Chhabria |

Pursuant to Civil L.R. 6-2, Plaintiff Yuri Osborne and Defendant, Kraft Foods Group, Inc. stipulate as follows:

WHEREAS, on August 12, 2015 Defendant filed a Motion to Dismiss Plaintiff's Complaint (Dkt. No. 15);

WHEREAS, the Court approved the parties' stipulation altering the briefing schedule for the Motion to Dismiss and setting the hearing date for October 15, 2015 (Dkt. No. 17);

WHEREAS, the Court previously set a Case Management Conference for September 22, 2015 (Dkt. No. 13);

WHEREAS, the pending Motion to Dismiss may potentially alter the scope of the case, including discovery matters;

WHEREAS, the Parties believe that it would conserve judicial resources and streamline the scheduling and discovery issues if the Case Management Conference were held after the Court rules on the pending Motion to Dismiss;

THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, that the Case Management Conference be continued from September 22, 2015 to October 27, 2015, or any other date after October 15, 2015 as determined by this Court.

**IT IS SO STIPULATED AND AGREED.**

                                      **Respectfully submitted,**

Dated: September 4, 2015      By: */s/ Kenneth K. Lee*
                                          Kenneth K. Lee, Esq. (SBN: 264296)
                                          klee@jenner.com
                                          **JENNER & BLOCK, LLP**
                                          633 West 5th St., Suite 3600
                                          Los Angeles, CA 90071-2054
                                          Tel. (213) 239-5152
                                          Fax: (213) 239-5162

                                          *Counsel for Defendant, Kraft Foods Group, Inc.*

                                          -and-

Dated: September 4, 2015      By: */s/ Benjamin M. Lopatin*
                                          Benjamin M. Lopatin, Esq.

{00271213 }                 1
Stipulation and [Proposed] Order Continuing the Case Management Conference
Case No. 15-cv-2653-VC

Cal. Bar No.: 281730
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
2201 Market Street, Suite H
San Francisco, California 94114
Telephone:  (415) 324-8620
Facsimile:   (415) 520-2262
Email: *BLopatin@ELPLawyers.com*

*Counsel for Plaintiff Yuri Osborne
and the Proposed Class*

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) in this e-filed document.

*/s/  Kenneth K. Lee*
Kenneth K. Lee

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 4, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send copies to all counsel of record.

*/s/ Kenneth K. Lee*
Kenneth K. Lee

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is so ordered.

Dated: _____        _____
The Honorable Vincent Chhabria
United States District Court Judge

{00271213 }

2
Stipulation and [Proposed] Order Continuing the Case Management Conference
Case No. 15-cv-2653-VC